### BELLAS, HESS & CO. v. LIVINGSTON.

(Supreme Court, Appellate Term. December 16, 1908.)

COURTS (§ 190*)—MUNICIPAL COURTS—APPEAL—INTERLOCUTORY ORDERS.
    An appeal will not lie from a Municipal Court order granting a motion to vacate an attachment.
    [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by Bellas, Hess & Co. against William Livingston, doing business as William Livingston & Co. From a Municipal Court order granting defendant's motion to set aside an attachment, plaintiff appeals. Dismissed.

Argued before GIEGERICH, HENDRICK, and FORD, JJ.

Falck & Westerfield (Albert Falck, of counsel), for appellant.
Marcuson Bros. (A. S. Marcuson, of counsel), for respondent.

PER CURIAM. The plaintiff seeks to appeal from an order of the Municipal Court granting a motion to vacate an attachment, but there is no power in this court to entertain such an appeal. Maas v. Nankeville, 49 Misc. Rep. 637, 97 N. Y. Supp. 980, and cases there cited. The appeal should be dismissed, with $10 costs.